IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JULIA WREYFORD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. _____ |
| AMG FINANCIAL SERVICES, LLC, | : | |
| a Delaware limited liability company, | : | |
| d/b/a Law Offices of Gary Feldman, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**REQUEST FOR CLERK TO ENTER DEFAULT**

COMES NOW THE PLAINTIFF pursuant to FED. R. CIV. P. 55(a) and respectfully moves that the Clerk enter default against the Defendant AMG FINANCIAL SERVICES, LLC and in favor of Plaintiff.

In support thereof, Plaintiff has filed proof of service showing that the Defendant AMG FINANCIAL SERVICES, LLC was served on October 21, 2013 [Doc. 6], and that said Defendant has failed to timely plead or otherwise defend or enter an appearance in this matter.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:    / s/ Justin T. Holcombe
        Justin T. Holcombe
        Attorney for Plaintiff
        Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600  ●  fax (404) 601 - 1855
jholcombe@skaarandfeagle.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIA WREYFORD, : | |
| : | |
| Plaintiff, : | CIVIL ACTION FILE |
| v. : | |
| : | NO. _____ |
| AMG FINANCIAL SERVICES, LLC, : | |
| a Delaware limited liability company, : | |
| d/b/a Law Offices of Gary Feldman, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

**CERTIFICATE OF SERVICE**

I, Justin T. Holcombe, certify that I have this day filed the within and forgoing REQUEST FOR CLERK'S ENTRY OF DEFAULT by filing with the CM/ECF system which shall send electronic notice to all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   / s/ Justin T. Holcombe
Justin T. Holcombe
Attorney for Plaintiff
Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com