IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIA WREYFORD, : | |
| : | |
| Plaintiff, : | CIVIL ACTION FILE |
| v. : | |
| : | NO. 1:13-CV-3163-TCB |
| AMG FINANCIAL SERVICES, LLC, : | |
| a Delaware limited liability company, : | |
| d/b/a Law Offices of Gary Feldman, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

**CERTIFICATE OF INTERESTED PERSONS**

COME NOW PLAINTIFF to the above-styled case, by and through his attorneys of record, and, pursuant to Local Rule 3.3, hereby submits this Certificate of Interested Persons:

**(1)** **The undersigned Counsel of record for the Plaintiff to this action certify that the following is a full and complete list of all parties in this action:**

(a)  Plaintiff: Julia Wreyford

(b)  Defendants: AMG Financial Services, LLC; The Schreiber Law Firm, PLLC

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation), having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiff: Julia Wreyford

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    **Plaintiff's counsel:**

James M. Feagle (Georgia Bar No. 256916)
108 East Ponce de Leon Avenue, Suite 204,
Decatur, Georgia 30030
Telephone:  (404) 373-1970
Telecopier:  (404) 601-1855
jimfeagle@aol.com

Kris Skaar (Georgia Bar No. 649610)
P. O. Box 1478
Marietta, GA 30061-1478
Telephone: (770) 427-5600
Telecopier: (404) 601-1855
krisskaar@aol.com

        Justin T. Holcombe (Georgia Bar No. 552100)
        P. O. Box 1478
        Marietta, GA 30061-1478
        Telephone: (770) 427-5600
        Telecopier: (404) 601-1855
        jholcombe@skaarandfeagle.com

Dated: February 17, 2014.

By:   s/ Justin T. Holcombe
       Justin T. Holcombe
       Georgia Bar No. 552100
       Attorney for Plaintiff

P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
Telephone:  (770) 427-5600
Telecopier:  (404) 601-1855